UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
CADDELL DRY DOCK AND REPAIR CO, INC.,  :
:
                            Plaintiff,  :    CASE NO.:
:    **1:20-cv-00685 (EK-LB)**
- against –  :
:
BOUCHARD TRANSPORTATION CO., INC.,  :
*in personam*, BARGE B. NO. 280, *in rem*, and  :
B. NO. 280 CORP., *in personam*,  :
:
                            Defendants.  :
---------------------------------------------------------------------x

**WARRANT TO SEIZE A VESSEL**

TO:    U.S. MARSHAL OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

In the name of the United States District Court for the Eastern District of New York and in accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, YOU ARE HEREBY COMMANDED to arrest the vessel, BARGE B. NO. 280, Official No. 1181626, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., and to detain same in your custody pending further order of this Court.

YOU ARE HEREBY FURTHER COMMANDED to serve a copy of the Verified Complaint, the Order Authorizing the Issuance of Warrant or Arrest, and this Warrant on the person in possession of the vessel or his agents, and promptly return your writ.

Dated: February _____, 2020                              DOUGLAS C. PALMER,
                                                                                                            CLERK OF COURT

                                                                                                            United States District Court
                                                                                                            Eastern District of New York

                                                              By:          _____
                                                                                                            CLERK/DEPUTY CLERK