**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CADDELL DRY DOCK AND REPAIR CO., INC., <br><br> Plaintiff, <br><br> -against- <br><br> BOUCHARD TRANSPORTATION CO., INC., *in personam*, BARGE B. NO. 280, *in rem*, and B.NO. 280 CORP., *in personam*, <br><br> Defendants. | **CASE NO:** <br> 1:20-cv-00685 (EK-LB) |

## ORDER AUTHORIZING ISSUANCE OF WARRANT OF VESSEL ARREST

CAME ON FOR CONSIDERATION, Plaintiff, Caddell Dry Dock and Repair Co., Inc.'s ("Plaintiff") Motion for Issuance of Warrant of Vessel Arrest, and the Court having reviewed the Verified Complaint and other pleadings filed by Plaintiff herein, and having determined that the conditions for an *in rem* action appear to exist in compliance with Rule C of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Foreclosure Actions, and that the relief sought is proper, finds that Plaintiff's Motion is meritorious and should be **GRANTED.**

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the Clerk of Court issue a Warrant of Vessel Arrest for the BARGE B. NO. 280, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., ("Vessel"); and

**IT IS FURTHER ORDERED** that the United States Marshals Service for the Eastern District of New York seize the Vessel, serve a copy of this Order, the Verified Complaint, and the Warrant on the person in charge of the Vessel or her agent, and return the proof of service promptly; and

**IT IS FURTHER ORDERED** that the Vessel may be released from seizure without further Order of this Court if the United States Marshals Service receives written authorization from the attorney who requested the seizure, and that such attorney advises that s/he has conferred with all counsel representing all of the parties to the litigation and they consent to the release, if the attorney files the consent and the Court has not entered an Order to the contrary.

SO ORDERED.

/s/ Eric R. Komitee_____
ERIC R. KOMITEE
United States District Judge

Dated: Brooklyn, New York
      February 13, 2020