LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter, Esq. (SH-8540)
225 West 34th Street – 9th Floor
New York, New York 10122
Tel: (212) 979-0250
Fax: (212) 979-0251
Email: sharter@harterlaw.com
Attorneys for Plaintiff,
CADDELL DRY DOCK AND REPAIR CO., INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
CADDELL DRY DOCK AND REPAIR CO, INC.,    :
                                         :
                            Plaintiff,   :   CASE NO.:
                                         :
- against –                              :
                                         :
BOUCHARD TRANSPORTATION CO., INC.,       :
*in personam*, BARGE B. NO. 280, *in rem*, and :
B. NO. 280 CORP., *in personam*,         :
                                         :
                            Defendants.  :
-----------------------------------------------------------------x

## CERTIFICATION OF INSURANCE COVERAGE

I, Steven P. Kalil, am the authorized agent of Plaintiff, Caddell Dry Dock and Repair Co., Inc. I submit this Declaration in response to this Honorable Court's Docket Order of February 12, 2020 [Docket No. 12].

1. I am the President of Plaintiff, Caddell Dry Dock and Repair Co., Inc. ("Plaintiff"). I am competent to make this declaration and make it from my personal knowledge.

2. By Docket Entry dated February 13, 2020, this Court directed the Caddell to "submit a certificate of insurance to the Court by the close of business on Friday, February 14, 2020 and certify that any loss or damage to the Barge due to any negligence on the part of Plaintiff or its employees or agents committed during the period of Plaintiff's substitute custodianship shall be covered by the insurance."

3. Attached as <u>Exhibit 1</u> is a Certificate of Insurance reflecting the Caddell's various insurance policies. The portion of Caddell's insurance that is relevant here is described with specificity in the section towards the bottom of the Certificate entitled "Description of Operations/ Locations/Vehicles" as follows:

   *HULL AND P&I POLICY INCLUDES VESSEL CUSTODIAN LEGAL LIABILITY ENDORSEMENT COVERING ANY LOSS OR DAMAGE TO BARGE B. NO. 280 DUE TO ANY NEGLIGENCE ON THE PART OF THE INSURED, CADDELL DRY DOCK AND REPAIR CO., INC., OR ITS EMPLOYEES OR AGENTS COMMITTED DURING THE PERIOD OF THE INSURED'S SUBSTITUTE CUSTODIANSHIP IN THE MATTER OF "CADDELL DRY DOCK AND REPAIR CO., INC. VERSUS BOUCHARD TRANSPORTATION CO., INC.", EDNY CIVIL ACTION NO. 20-CV-685 (EK-LB), SUBJECT TO POLICY TERMS AND CONDITIONS, ATRIMA.[1]*

4. In further response to this Court's direction, I hereby respectfully certify that, as stated on the Certificate, Caddell's insurance "covers any loss or damage to the Barge due to any negligence on the part of Plaintiff or its employees or agents committed during the period of Plaintiff's substitute custodianship" in

---

[1] I am advised by Plaintiff's broker that "ATRIMA" means "As Their Respective Interests May Apply." This is a standard notation which is triggered in circumstances in which several insurance companies cover the same policy, which each insurer taking a particular percentage of the total limit of liability under the policy.

2

this action, subject to the terms and conditions of Caddell's policy.

5. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14ʰ day of February 2020.

_____
STEVEN P. KALIL

EXHIBIT 1



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 02/13/2020

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
LAGUNA ASSOCIATES, INC
206 SOUTH AVE.
206 SOUTH AVE
FANWOOD, NJ 07023

**CONTACT NAME:**
**PHONE (A/C, No, Ext):** 908-322-0244
**FAX (A/C, No):** 908-322-3788
**E-MAIL ADDRESS:** GLAGUNA@LAGUNAASSOCIATES.COM

**INSURER(S) AFFORDING COVERAGE** — **NAIC #**
**INSURER A:** TRAVELERS PROPERTY CASUALTY CO. OF — 25674
INSURER B:
INSURER C:
INSURER D:
INSURER E:
INSURER F:

**INSURED**
CADDELL DRY DOCK & REPAIR CO., INC.
P.O. BOX 327
STATEN ISLAND, NY 10310

## COVERAGES
**CERTIFICATE NUMBER:** — **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** [X] CLAIMS-MADE [X] OCCUR [X] INCL. SRLL & WHARFINGERS [X] S&A POLL. | X | X | ZOL-11R65264-19-ND | 08/04/19 | 08/04/20 | EACH OCCURRENCE | $1,000,000 |
|  |  |  |  |  |  |  | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
|  |  |  |  |  |  |  | MED EXP (Any one person) | $5,000 |
|  |  |  |  |  |  |  | PERSONAL & ADV INJURY | $1,000,000 |
|  | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY [X] PROJECT LOC OTHER: |  |  |  |  |  | GENERAL AGGREGATE | $2,000,000 |
|  |  |  |  |  |  |  | PRODUCTS - COMP/OP AGG | $1,000,000 |
|  |  |  |  |  |  |  |  | $ |
|  | **AUTOMOBILE LIABILITY** ANY AUTO / ALL OWNED AUTOS / SCHEDULED AUTOS / HIRED AUTOS / NON-OWNED AUTOS |  |  |  |  |  | COMBINED SINGLE LIMIT (Ea accident) | $ |
|  |  |  |  |  |  |  | BODILY INJURY (Per person) | $ |
|  |  |  |  |  |  |  | BODILY INJURY (Per accident) | $ |
|  |  |  |  |  |  |  | PROPERTY DAMAGE (Per accident) | $ |
|  |  |  |  |  |  |  |  | $ |
|  | UMBRELLA LIAB / EXCESS LIAB OCCUR / CLAIMS-MADE DED / RETENTION $ |  |  |  |  |  | EACH OCCURRENCE | $ |
|  |  |  |  |  |  |  | AGGREGATE | $ |
|  |  |  |  |  |  |  |  | $ |
|  | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A |  |  |  |  | PER STATUTE / OTHER | |
|  |  |  |  |  |  |  | E.L. EACH ACCIDENT | $ |
|  |  |  |  |  |  |  | E.L. DISEASE - EA EMPLOYEE | $ |
|  |  |  |  |  |  |  | E.L. DISEASE - POLICY LIMIT | $ |
| A | HULL/P&I (ALL OTHER P&I COVERAGES EXCLUDING CREW) |  |  | ZOH-11R6529A-19 | 08/04/19 | 08/04/20 | HULL - $5,000,000 P&I - $1,000,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
HULL AND P&I POLICY INCLUDES VESSEL CUSTODIAN LEGAL LIABILITY ENDORSEMENT COVERING ANY LOSS OR DAMAGE TO BARGE B. NO. 280 DUE TO ANY NEGLIGENCE ON THE PART OF THE INSURED, CADDELL DRY DOCK AND REPAIR CO., INC., OR ITS EMPLOYEES OR AGENTS COMMITTED DURING THE PERIOD OF THE INSURED'S SUBSTITUTE CUSTODIANSHIP IN THE MATTER OF "CADDELL DRY DOCK AND REPAIR CO., INC. VERSUS BOUCHARD TRANSPORTATION CO., INC.", EDNY CIVIL ACTION NO. 20-CV-685 (EK-LB), SUBJECT TO POLICY TERMS AND CONDITIONS, ATRIMA.

**CERTIFICATE HOLDER**
UNITED STATES MARSHALS SERVICE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*[signature]*

© 1988-2013 ACORD CORPORATION. All rights reserved.
ACORD 25 (2013/04)    The ACORD name and logo are registered marks of ACORD