CIVIL CAUSE FOR CIVIL HEARING

BEFORE JUDGE: Eric R. Komitee, U.S.D.J.

DATE: 2/20/2020
TIME: 2 P.M. (1hr)

DOCKET NUMBER: CV 20-0685
TITLE: Caddell Dry Dock and Repair Co., Inc v. Bouchard Transportation Co., Inc., et al

COURT DEPUTY: Alicia Guy
COURT REPORTER: Holly Driscoll

APPEARANCES:

    FOR PLAINTIFF: Simon Harter, Steven P. Kalil (client)

    FOR DEFENDANT: No Appearance

RULINGS: Plaintiff is directed to submit supplemental evidence in support of its motion (docket entry 15) demonstrating the existence of a contract and the risk that the vessel will leave the district. Plaintiff is further directed to submit a revised version of the proposed order attached to its motion as discussed on the record. A further hearing is scheduled for March 18, 2020, at 10:00 a.m.