UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CADDELL DRY DOCK AND REPAIR CO, INC.,  :
                                        :
                    Plaintiff,          :
                                        :          **CASE NO.**
- against –                             :          1:20-cv-0685 (EK-LB)
                                        :
BOUCHARD TRANSPORTATION CO., INC.,      :
*in personam*, BARGE B. NO. 280, *in rem*, and :
B. NO. 280 CORP., *in personam*,        :
                                        :
                    Defendants.         :
---------------------------------------------------------------x

# ORDER DEPUTIZING SIMON HARTER, ESQ. TO ACT IN LIEU OF U.S. MARSHAL

CAME ON FOR CONSIDERATION, Plaintiff, Caddell Dry Dock and Repair Co., Inc.'s *Ex Parte* Motion for an Order Deputizing Steven P. Kalil, President of Plaintiff, to Act in Lieu of U.S. Marshal in Serving Warrant of Arrest of BARGE B. NO. 280., and the Court having reviewed the motion and related submissions filed by Plaintiff herein, having conducted a hearing on February 20, 2020, and having determined that sufficient circumstances have been demonstrated to warrant the requested relief, finds that Plaintiff's Motion should be granted with certain modifications contemplated at the February 20, 2020 appearance on this matter.  It is hereby:

ORDERED that Simon Harter, Esq., attorney of record for Plaintiff, be and is hereby deputized for the sole purpose of serving the Warrant to Seize A Vessel issued on February 13, 2020; and it is further

ORDERED that Simon Harter, Esq., having been so deputized, shall post the Verified Complaint, Order Authorizing Issuance of Warrant of Vessel Arrest, and the Warrant to Seize A Vessel at a conspicuous spot on the Barge and shall promptly file proof of service of the Warrant; and it is further

ORDERED that upon such service of the Warrant, Plaintiff shall assume its duties and responsibilities as Substitute Custodian in accordance with this Court's Order Appointing Plaintiff as Substitute Custodian; and it is further

ORDERED that, upon the execution of the arrest warrant, Plaintiff shall serve the *in personam* defendants named in the Verified Complaint as soon as practicable and promptly file proof of service with this Court; and it is further

ORDERED that a status conference involving all parties shall be scheduled for March 18, 2020 at 10:00 a.m., unless or one more of the defendants seek an earlier conference.

SO ORDERED.

/s/ Eric R. Komitee
_____
ERIC R. KOMITEE
United States District Judge

Dated: Brooklyn, New York
      February  21 , 2020