LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter, Esq. (SH-8540)
225 West 34th Street – 9th Floor
New York, New York 10122
Tel:  (212) 979-0250
Fax: (212) 979-0251
Email: sharter@harterlaw.com
Attorneys for Plaintiff,
CADDELL DRY DOCK AND REPAIR CO., INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
CADDELL DRY DOCK AND REPAIR CO, INC.,  :
                                        :
                          Plaintiff,    :          CASE NO.:
                                        :          **1:20-cv-00685 (EK-LB)**
- against –                             :
                                        :
BOUCHARD TRANSPORTATION CO., INC.,      :
*in personam*, BARGE B. NO. 280, *in rem*, and  :
B. NO. 280 CORP., *in personam*,        :
                                        :
                          Defendants.   :
----------------------------------------------------------------x

<u>**AFFIRMATION OF *IN REM* SERVICE**</u>

I, Simon Harter, Esq., declare under penalty of perjury that on this 21st day of February 2020, at 6:11 p.m., that in accordance with the *Order Deputizing Simon Harter, Esq. to Act in Lieu of U.S. Marshal* entered this date, I served the (i) *Warrant to Seize A Vessel*; (ii) *Order Authorizing Issuance of Warrant of Vessel Arrest*; (iii) *Order Deputizing Simon Harter, Esq. to Act in Lieu of U.S. Marshal*; and (iv) *Verified Complaint* in this matter on the Barge B. No. 280, *in rem* by posting and affixing the aforesaid documents to the main superstructure of the Barge in a conspicuous location.

Executed this 21st day of February 21, 2020.

Respectfully submitted,

LAW OFFICES OF SIMON HARTER, ESQ.
Attorneys for Plaintiff, CADDELL DRY DOCK
AND REPAIR CO., INC.

By:     /s/ Simon Harter
        Simon Harter, Esq. (SH-8540)
        225 West 34th Street – 9th Floor
        New York, New York 10122
        Tel:  (212) 979-0250
        Fax: (212) 979-0251
        Email:  sharter@harterlaw.com