108-20/JJW

FREEHILL HOGAN & MAHAR, LLP
*Attorneys for Bouchard Transportation Co., Inc.*
*Barge B. No. 280 in rem and B. No. 280 Corp.*
80 Pine Street – 25th Floor
New York, New York 10005
Telephone: (212) 425-1900
Facsimile:  (212) 425-1901
John J. Walsh, Esq.
Walsh @freehill.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| CADDELL  DRY DOCK AND REPAIR CO., INC., | 1:20-cv-000685-EK-LB |
| Plaintiff, | **VERIFIED STATEMENT OF RIGHT OR INTEREST** |
| -against- | |
| BOUCHARD TRANSPORTATION CO., INC., *in personam,* BARGE B. NO. 280, *in rem*, and B. NO. 280 CORP., *in personam*, | |
| Defendants. | |

-------------------------------------------------------------------x

B. No. 280 Corp., pursuant to Rule C(6)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, states that its interest in the Barge B. No. 280, an *in rem* Defendant in the captioned litigation, is that it is the owner of the Barge B. No. 280.

**WHEREFORE**, B. No. 280 Corp. submits this Statement of Right or Interest and intends to defend the Barge B. No. 280, *in rem*, in these proceedings.

Dated:  New York, New York
           April 2, 2020

523190.1

FREEHILL HOGAN & MAHAR, LLP
*Attorneys for Bouchard Transportation Co., Inc., Barge B. No. 280 in rem and B. No. 280 Corp.*

By: _____
John J. Walsh
80 Pine Street – 25th Floor
New York, New York 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Walsh@freehill.com

## **VERIFICATION**

I, John J. Walsh, an attorney admitted to the Court of the State of New York, hereby affirm under penalty of perjury that I have been authorized by the President and CEO of B. No. 280 Corp. to file this Verified Statement of Right or Interest.

_____
John J. Walsh

TO:  Simon Harter, Esq.
Law Offices of Simon Harter, Esq.
Attorneys for Plaintiff
225 West 34th Street, 9th Floor
New York, New York 10122

2

523190.1