LAW OFFICES OF SIMON HARTER, ESQ.
225 West 34th Street – 9th Floor
New York, New York 10122
Tel:  (212) 979-0250
Fax: (212) 979-0251
Email: sharter@harterlaw.com
Attorneys for Plaintiff,
CADDELL DRY DOCK AND REPAIR CO., INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
CADDELL DRY DOCK AND REPAIR CO, INC.,   :
                                        :
                         Plaintiff,     :   CASE NO.: 1:20-cv-00685 (EK-LB)
                                        :
- against –                             :
                                        :
BOUCHARD TRANSPORTATION CO., INC.,      :
*in personam*, BARGE B. NO. 280, *in rem*, and :
B. NO. 280 CORP., *in personam*,        :
                                        :
                         Defendants.    :
-----------------------------------------------------------------x

**RULE 26(f) MEETING REPORT**

Have the parties met and conferred?  **Yes**   Date?  **April 15, 2020**

Date the Rule 26(a)(1) initial disclosures were exchanged?  **April 15, 2020**

**Proposed Discovery Plan**

1. Deadline for parties to provide properly executed authorizations/releases: **N/A**

2. Deadline to join new parties or amend the pleadings:  **July 15, 2020**

3. Should any changes be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or by local rule? Yes _ No **X**

4. Deadline to file any protective order: **July 15, 2020**

5. The parties shall complete all fact discovery by: **August 1, 2020**

6. The parties shall complete expert discovery, if necessary, by: **Sept. 15, 2020**

7. The parties shall file any pre-motion conference request by: **Sept. 1, 2020, or as otherwise warranted**

8. Should the Court hold an early settlement conference in this action?
Yes **X**  No __

9. Have the parties agreed to a plan regarding electronic discovery?
Yes _ No **X**

10. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined)  Yes   No **X**

Dated:  April 15, 2020

Respectfully submitted,

| | |
|---|---|
| **LAW OFFICES OF SIMON HARTER, ESQ.** | **FREEHILL, HOGAN & MAHAR, LLP** |
| Attorneys for Plaintiff, CADDELL DRY DOCK AND REPAIR CO., INC. | Attorneys for Defendants, BOUCHARD TRANSPORTATION CO., INC.; BARGE B. NO. 280; and B. NO. 280 CORP. |
| By: /s/ Simon Harter | By:  /s/John J. Walsh_ |
| Simon Harter, Esq. | John J. Walsh, Esq. |
| 225 West 34th Street – 9th Floor | 80 Pine Street – 25th Floor |
| New York, New York 10122 | New York, New York 10005 |
| Tel: (212) 979-0250 | Tel: (212) 425-1900 |
| Fax: (212) 979-0251 | Fax: (212) 425-1901 |
| Email:  sharter@harterlaw.com | Email: Walsh@freehill.com |