# EXHIBIT A

**From:** Morton Bouchard III [MSBIII@bouchardtransport.com]
**Sent:** Wednesday, July 15, 2020 10:23 AM
**To:** WALSH, JACK
**Subject:** RE: Caddell v. Bouchard B No. 280

Thank you !

**From:** WALSH, JACK [mailto:WALSH@FREEHILL.COM]
**Sent:** Wednesday, July 15, 2020 10:21 AM
**To:** Morton Bouchard III <MSBIII@bouchardtransport.com>
**Cc:** MEEHAN, WAYNE <MEEHAN@FREEHILL.COM>
**Subject:** RE: Caddell v. Bouchard B No. 280

I am obligated to the Court to attend until I withdraw. I will not handle your cases and I take your message as instructions to withdraw from all of your cases.

**JOHN J. WALSH | PARTNER**
**FREEHILL HOGAN & MAHAR LLP**
80 Pine Street, New York, N.Y. 10005-1759
Tel: 212-381-3005 | Fax: 212-425-1901
Cell: 917-913-0643 | E-mail: walsh@freehill.com

> **From:** Morton Bouchard III [mailto:MSBIII@bouchardtransport.com]
> **Sent:** Wednesday, July 15, 2020 10:20 AM
> **To:** WALSH, JACK
> **Subject:** RE: Caddell v. Bouchard B No. 280
>
> Jack: I was clear I didn't want you handling cases this has to stop
>
> **From:** WALSH, JACK [mailto:WALSH@FREEHILL.COM]
> **Sent:** Wednesday, July 15, 2020 10:18 AM
> **To:** Morton Bouchard III <MSBIII@bouchardtransport.com>
> **Subject:** RE: Caddell v. Bouchard B No. 280
>
> Yes I do and I will tell the Judge I am not authorized to speak for Bouchard and am withdrawing from the case.
>
> **JOHN J. WALSH | PARTNER**
> **FREEHILL HOGAN & MAHAR LLP**
> 80 Pine Street, New York, N.Y. 10005-1759
> Tel: 212-381-3005 | Fax: 212-425-1901
> Cell: 917-913-0643 | E-mail: walsh@freehill.com
>
>> **From:** Morton Bouchard III [mailto:MSBIII@bouchardtransport.com]
>> **Sent:** Wednesday, July 15, 2020 10:16 AM
>> **To:** WALSH, JACK
>> **Subject:** RE: Caddell v. Bouchard B No. 280
>>
>> You don't have to attend

1

**From:** WALSH, JACK [mailto:WALSH@FREEHILL.COM]
**Sent:** Wednesday, July 15, 2020 10:15 AM
**To:** Morton Bouchard III <MSBIII@bouchardtransport.com>
**Subject:** RE: Caddell v. Bouchard B No. 280

Simms, Harter and me. I have to attend and I can tell the Judge that I am withdrawing from the case.

**JOHN J. WALSH | PARTNER**
**FREEHILL HOGAN & MAHAR LLP**
80 Pine Street, New York, N.Y. 10005-1759
Tel: 212-381-3005 | Fax: 212-425-1901
Cell: 917-913-0643 | E-mail: walsh@freehill.com

---

**From:** Morton Bouchard III [mailto:MSBIII@bouchardtransport.com]
**Sent:** Wednesday, July 15, 2020 10:12 AM
**To:** WALSH, JACK
**Cc:** King, Jeffrey S.
**Subject:** RE: Caddell v. Bouchard B No. 280

Hold off I don't agree wityh that who is going to be on it

**From:** WALSH, JACK [mailto:WALSH@FREEHILL.COM]
**Sent:** Wednesday, July 15, 2020 10:11 AM
**To:** Morton Bouchard III <MSBIII@bouchardtransport.com>
**Subject:** RE: Caddell v. Bouchard B No. 280

Telephonic at 10:30 AM this morning.

**JOHN J. WALSH | PARTNER**
**FREEHILL HOGAN & MAHAR LLP**
80 Pine Street, New York, N.Y. 10005-1759
Tel: 212-381-3005 | Fax: 212-425-1901
Cell: 917-913-0643 | E-mail: walsh@freehill.com

---

**From:** Morton Bouchard III [mailto:MSBIII@bouchardtransport.com]
**Sent:** Wednesday, July 15, 2020 10:10 AM
**To:** WALSH, JACK
**Subject:** RE: Caddell v. Bouchard B No. 280

When is thisa conference and where

**From:** WALSH, JACK [mailto:WALSH@FREEHILL.COM]
**Sent:** Wednesday, July 15, 2020 10:09 AM
**To:** Morton Bouchard III <MSBIII@bouchardtransport.com>
**Cc:** King, Jeffrey S. <Jeffrey.King@klgates.com>
**Subject:** Caddell v. Bouchard B No. 280

Mort:

2

In accordance with your instructions, I have conferred with Jeff King regarding attendance of a status conference in the Caddell case and he has approved me attending.

Jack

**JOHN J. WALSH | PARTNER**
**FREEHILL HOGAN & MAHAR LLP**
80 Pine Street, New York, N.Y. 10005-1759
Tel: 212-381-3005 | Fax: 212-425-1901
Cell: 917-913-0643 | E-mail: walsh@freehill.com

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.